IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MATTHEW NELSON SHEPARD**                          **PLAINTIFF**

v.            Case No. 3:19-cv-00122-LPR

**ANDREW M. SAUL,**                                       **DEFENDANT**
**Commissioner of the Social Security Administration**

## ORDER

The Court has received Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 14). No objections have been filed. After careful review of the Recommendations, as well as a *de novo* review of the record, the Court approves and adopts the Recommendations as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and judgment will be entered for the Defendant.

IT IS SO ORDERED this 19th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE