IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MATTHEW NELSON SHEPARD**                                            **PLAINTIFF**

v.                              Case No. 3:19-cv-00122-LPR

**ANDREW M. SAUL,**
**Commissioner of Social Security**                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter on February 19th, 2020, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed. Judgment is entered for the Defendant.

IT IS SO ADJUDGED this 19th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE